**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2021

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 26, 2021

**VIA ECF and EMAIL**
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED.

/s/ Robert W. Lehrburger

Robert W. Lehrburger
U.S.M.J.

August 26, 2021

**Re:   United States v. Sha-Tima Covington
        21 Cr. 335 (RWL)**

Dear Judge Lehrburger,

On June 30, 2021, the Court sentenced Ms. Covington to time served and 2 years of probation. Dkt. No. 25.

I write to request the release of Ms. Covington's passport, which was surrendered to the United States Pretrial Services Office in the Southern District of New York as a condition of her bail. The government, by Assistant United States Attorney David Robles, consents to this request.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Sha-Tima Covington